EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br> Jorge Gordon Menéndez | 2007 TSPR 109 <br><br> 171 DPR _____ |

Número del Caso: CP-2004-6


Fecha: 1 de junio de 2007


Abogado de la Parte Querellada:

Lcdo. Raúl Santiago Meléndez




Materia: Conducta Profesional
        (La suspensión del abogado advino final y firme el 4 de
        junio de 2007)

Este documento constituye un documento oficial del Tribunal
Supremo que está sujeto a los cambios y correcciones del proceso
de compilación y publicación oficial de las decisiones del
Tribunal. Su distribución electrónica se hace como un servicio
público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Jorge Gordon Menéndez                CP-2004-6        Conducta
                                                      Profesional


RESOLUCIÓN

San Juan, Puerto Rico, a 1 de junio de 2007.

Vista la Moción del Lic. Jorge Gordon Menéndez en la cual se allana a la sanción impuesta por este Tribunal en su Opinión Per Curiam del 18 de mayo de 2007, se le suspende inmediatamente de la profesión por el término de sesenta (60) días, contado a partir de la notificación de esta Resolución.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. La Jueza Asociada señora Fiol Matta no intervino.


                              Aida Ileana Oquendo Graulau
                              Secretaria del Tribunal Supremo